IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:25-po-001-KFP |
| | ) | |
| JULIAN B ADAMS | ) | |

## **ORDER**

Upon consideration of the Government's Motion to Dismiss (Doc. 3), it is ORDERED that the motion is GRANTED and that this case is DISMISSED.

The Clerk is DIRECTED to close this case.

DONE this 15th day of January, 2025.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE